IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRADLEY WAYNE STOKES, )<br>  )<br>  Petitioner, )<br>  )<br>  v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>  Respondent. ) | CIVIL ACTION NO.<br>3:12cv925-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. No. 10) is adopted.

(2) The petition for writ of habeas corpus (Doc. No. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of October, 2014.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**